# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: SUBPOENA TO<br>SPRINT NEXTEL CORPORATION | Misc No. 2:13-mc-209-JWL |
| INTELLECTUAL VENTURES I LLC<br>AND INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>    Defendant. | CASE PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE<br><br>Case No. 1:11-CV-00908-SLR |
| IN RE: SUBPOENA TO<br>BOOST MOBILE, LLC | Misc No. 2:13-mc-210-JWL |
| INTELLECTUAL VENTURES I LLC<br>AND INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>    Defendant. | CASE PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE<br><br>Case No. 1:11-CV-00908-SLR |

## ORDER

On May 29, 2013, the court held a motion hearing on Intellectual Ventures' motions to compel non-party Sprint Nextel Corporation and Boost Mobile, LLC to comply with subpoena, produce documents and source code, and provide a witness for deposition (doc. 1 in each respective case). As set forth in full on the record, the court grants the motions to the extent that

the Sprint entities (including Boost Mobile, LLC) must provide a witness on the following topics:

> 1. How Sprint's networks support and/or implement Quality of Service features of EVDO, Rev. A and LTE for Sprint's QChat service, limited to one phone and one feature;
>
> 2. How Sprint's networks support and/or implement two specific pieces of MMS functionality; and
>
> 3. The meaning of documents related to QoS and MMS functionality produced by the Sprint entities and authentication of the documents produced by the Sprint entities.

The deposition relating to the first topic shall take place after Intellectual Ventures' deposition of a QualComm witness.  The total time for all depositions shall be limited to 5 hours.  All remaining issues in the motions to compel are moot.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Intellectual Ventures' motions to compel (doc. 1 in each case) is granted in part and moot in part.

**IT IS SO ORDERED.**

Dated this 29th day of May, 2013, at Kansas City, Kansas.

> s/ John W. Lungstrum
> John W. Lungstrum
> United States District Judge